fendant from the provision made for her by her husband was not in excess of that which was necessary for her decent and proper support; and there seems to be no reason why any part of the money with which the husband had endeavored to provide for the support of his widow should be anticipated by her creditors, and she deprived of the use of the same for the purposes of support. The question in regard to the form of the judgment entered has been discussed in the opinion on the appeal from the order in this action, decided herewith. 24 N. Y. Supp. 375. The judgment should be affirmed, with costs. All concur.

---

DAVIS, Appellant, v. SCHLACHTER et al., Respondents.

(Supreme Court, General Term, First Department. October 13, 1893.)

Action by Wade B. Davis against Julius C. Schlachter, impleaded, etc.
W. P. Butler, for appellant.
A. Blumenstiel, for respondents.
No opinion. Order affirmed, with costs.

---

GOODELLE et al., Respondents, v. EDDY, Appellant.

(Supreme Court, General Term, Fifth Department. October 20. 1893.)

Action by Osceola Goodelle and another against Emerson J. Eddy.
No opinion. Judgment and order appealed from affirmed.

---

GRENING, Appellant, v. MALCON, Respondent.

(Supreme Court, General Term, First Department. October 13, 1893.)

Action by Paul C. Grening against George Malcon.
R. T. Green, for appellant.
E. D. Bettens, for respondent.
No opinion. Order affirmed, with $10 costs and printing disbursements.

---

MILHAU, Appellant, v. JOHN et al., Respondents.

(Supreme Court, General Term, First Department. October 13, 1893.)

Action by Edward L. Milhau, individually, etc., against Louis John and another.
No opinion. Order affirmed.

---

PEOPLE, Appellant, v. MEAKIM et al., Respondents.

(Supreme Court, General Term, First Department. October 13, 1893.)

Action by the people against Alex. Meakim and others.
H. B. B. Stapler, for the People.
A. J. Dittenhoefer, for respondents.
No opinion. Judgment affirmed on opinion of Ingraham. J., in court below. 21 N. Y. Supp. 1103.